# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 12-21021
Zach Brian Kosyla )
 )
 )  Chapter: 7
 )
 )  Honorable Janet S. Baer
 )
 )
Debtor(s) )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of SunTrust Mortgage, Inc., a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given; and the creditor alleging that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that SunTrust Mortgage, Inc. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay as to the property commonly known as 2605 S. Indiana Avenue Unit #302, Chicago, IL.

(2) Rule 4001(a)(3) is waived and SunTrust Mortgage, Inc. may immediately enforce and implement this order granting relief from the automatic stay

Enter: *[signature]*

Honorable Janet S. Baer
Dated: June 18, 2012                                United States Bankruptcy Judge

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-12-02565)