# EXHIBIT H

## Individual Usage Details for: Zach Kosyla | 773-802-3940

**Billing period:** Jan 08, 2014 - Feb 07, 2014
Showing details for Talk usage

| | | | |
|---|---|---|---|
| **Totals for this billing period:** | 479 calls | 1300 minutes | $0.00 |

Showing search results for: **800-457-5105**  Totals: **1 calls**  **3 minutes**  $0.00

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 01/13/2014 | 07:27PM | 800-457-5105 | Toll Free, CL | RM70 | 3 | 0.00 |

**M2AM** = Unlimited Mobile to Any Mobile  **RM70** = 700 Anytime w/Rollover Shared  **UNW9** = Unlimited Night & Weekend
**CW** = Call Waiting  **M2AM** = Mobile to Any Mobile

**Incoming Call**    **Outgoing Call**

# Individual Usage Details for: Zach Kosyla | 773-802-3940

**Billing period:** Feb 08, 2013 - Mar 07, 2013
Showing details for Talk usage

Totals for this billing period:   708 calls   2135 minutes   $0.00

Showing search results for: 800-771-0299   Totals: **2 calls**   **22 minutes**   $0.00

| Date/Time | | Contact | Location | Call Type | Minutes | Charge ($) |
|---|---|---|---|---|---|---|
| 02/25/2013 | 03:12PM | 800-771-0299 | Toll Free, CL | RM70 | 16 | 0.00 |
| 02/23/2013 | 03:03PM | 800-771-0299 | Toll Free, CL | UNW9 | 6 | 0.00 |

**M2AM** = Unlimited Mobile to Any Mobile  **RM70** = 700 Anytime w/Rollover Shared  **UNW9** = Unlimited Night & Weekend
**CW** = Call Waiting  **M2AM** = Mobile to Any Mobile

Incoming Call   Outgoing Call

| Date | Time | Number | Location | Code | Min | Cost |
|---|---|---|---|---|---|---|
| 02/20/2014 | 09:42AM | 708-756-1000 | INCOMING | DT | 1 | 0.00 |
| 02/19/2014 | 08:43PM | 312-315-9060 | CHICAGO | M2AM | 1 | 0.00 |
| 02/19/2014 | 08:42PM | 312-944-0972 | CHICAGO | DT | 1 | 0.00 |
| 02/19/2014 | 06:24PM | 815-715-2690 | JOLIET | M2AM | 1 | 0.00 |
| 02/19/2014 | 04:22PM | 815-385-9100 | MCHENRY | DT | 5 | 0.00 |
| 02/19/2014 | 04:12PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/19/2014 | 12:30PM | 630-440-7550 | W CHICAGO | M2AM | 2 | 0.00 |
| 02/19/2014 | 09:50AM | 630-440-7550 | W CHICAGO | M2AM | 1 | 0.00 |
| 02/19/2014 | 06:53AM | 773-445-3079 | INCOMING | DT | 1 | 0.00 |
| 02/19/2014 | 06:37AM | 773-445-3079 | CHICAGO | DT | 2 | 0.00 |
| 02/19/2014 | 06:36AM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/19/2014 | 06:35AM | 773-445-3079 | CHICAGO | DT | 1 | 0.00 |
| 02/19/2014 | 06:24AM | 000-000-0911 | 911 Emergency | DT | 3 | 0.00 |
| 02/19/2014 | 06:22AM | 000-000-0911 | 911 Emergency | DT | 2 | 0.00 |
| 02/19/2014 | 06:18AM | 000-000-0911 | 911 Emergency | DT | 2 | 0.00 |
| 02/18/2014 | 06:09PM | 773-445-3079 | INCOMING | DT | 1 | 0.00 |
| 02/18/2014 | 05:55PM | 773-505-1171 | CHICAGO | M2AM | 14 | 0.00 |
| 02/18/2014 | 05:53PM | 312-747-8276 | INCOMING | DT | 2 | 0.00 |
| 02/18/2014 | 05:25PM | 815-592-2015 | INCOMING | M2AM | 4 | 0.00 |
| 02/18/2014 | 05:01PM | 815-592-2015 | KANKAKEE | M2AM | 3 | 0.00 |
| 02/18/2014 | 05:01PM | 773-445-3079 | CHICAGO | DT | 1 | 0.00 |
| 02/18/2014 | 04:40PM | 800-457-5105 | Toll Free | DT | 20 | 0.00 |
| 02/18/2014 | 04:34PM | 708-756-1000 | INCOMING | DT | 2 | 0.00 |
| 02/18/2014 | 04:20PM | 773-445-3079 | CHICAGO | DT | 1 | 0.00 |
| 02/18/2014 | 04:12PM | 773-445-3079 | CHICAGO | DT | 4 | 0.00 |

**Legend*:**

B (Direct Assistant Call Complete); C (Call Waiting); CW (Call Waiting); D (Data Call); d (Directory Assistance); DT (Daytime Minutes); F (Call Forwarding); g (Push to Talk Group Event); H (Group Mobile-to-Mobile Calls); I (Incoming Call); K (Fax Call); L (Expanded Calling); M (Mobile-to-Mobile Discount); M2AM(Mobile to Any Mobile); M2AN (A-List); M2MCNG (Mobile To Any AT&T Mobile); MCELL (MicroCell Unlimited Voice); N (Night Minutes or Off-Network); NW (Night & Weekend Minutes); O (Off-Peak Minutes); P (Peak Minutes or Priority Access Service); R (Roam with Home); S (Shared Minutes); T (Three Way Calling); V (V-VPN or Voice Activated Dialing); VM (Voice Mail); W (Weekend Minutes); Y (Voicemail Return Call); 1 (PTT One-to-One event); 9 (Unity/Expanded Calling)

*The codes shown in this legend are most commonly used with Wireless service from AT&T. Additional codes may be present when viewing your bill online.

**Incoming Call**   **Outgoing Call**

| Date | Time | Number | Location | Type | Min | Cost |
|---|---|---|---|---|---|---|
| 02/23/2014 | 01:16PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/23/2014 | 01:15PM | 773-575-6125 | CHICAGO | M2AM | 1 | 0.00 |
| 02/23/2014 | 12:47PM | 773-841-6183 | CHICAGO | M2AM | 3 | 0.00 |
| 02/22/2014 | 08:02PM | 815-592-2015 | INCOMING | M2AM | 1 | 0.00 |
| 02/22/2014 | 07:11PM | 708-368-1798 | LA GRANGE | M2AM | 2 | 0.00 |
| 02/22/2014 | 07:07PM | 708-368-1798 | LA GRANGE | M2AM | 1 | 0.00 |
| 02/22/2014 | 06:51PM | 312-502-0023 | CHICAGO | M2AM | 16 | 0.00 |
| 02/22/2014 | 04:55PM | 312-622-3409 | CHICAGO | M2AM | 1 | 0.00 |
| 02/22/2014 | 03:05PM | 773-575-6125 | INCOMING | M2AM | 1 | 0.00 |
| 02/22/2014 | 03:05PM | 800-457-5105 | Toll Free | NW | 1 | 0.00 |
| 02/22/2014 | 01:13PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/22/2014 | 01:03PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/22/2014 | 01:02PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/22/2014 | 01:02PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/22/2014 | 01:01PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/22/2014 | 12:16PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/22/2014 | 11:07AM | 708-368-1798 | LA GRANGE | M2AM | 3 | 0.00 |
| 02/22/2014 | 11:04AM | 773-445-3079 | INCOMING | NW | 1 | 0.00 |
| 02/22/2014 | 11:02AM | 708-756-1000 | CHICAGOHTS | NW | 1 | 0.00 |
| 02/21/2014 | 08:32PM | 312-315-9060 | CHICAGO | M2AM | 1 | 0.00 |
| 02/21/2014 | 07:52PM | 773-445-3079 | CHICAGO | DT | 2 | 0.00 |
| 02/21/2014 | 07:49PM | 630-664-3649 | NAPERVILLE | M2AM | 1 | 0.00 |
| 02/21/2014 | 04:17PM | 815-592-2015 | KANKAKEE | M2AM | 4 | 0.00 |
| 02/21/2014 | 04:16PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/21/2014 | 04:07PM | 815-592-2015 | KANKAKEE | M2AM | 1 | 0.00 |
| 02/21/2014 | 11:16AM | 708-385-0717 | BLUEISLAND | DT | 2 | 0.00 |

**Legend*:**

B (Direct Assistant Call Complete); C (Call Waiting); CW (Call Waiting); D (Data Call); d (Directory Assistance); DT (Daytime Minutes); F (Call Forwarding); g (Push to Talk Group Event); H (Group Mobile-to-Mobile Calls); I (Incoming Call); K (Fax Call); L (Expanded Calling); M (Mobile-to-Mobile Discount); M2AM(Mobile to Any Mobile); M2AN (A-List); M2MCNG (Mobile To Any AT&T Mobile); MCELL (MicroCell Unlimited Voice); N (Night Minutes or Off-Network); NW (Night & Weekend Minutes); O (Off-Peak Minutes); P (Peak Minutes or Priority Access Service); R (Roam with Home); S (Shared Minutes); T (Three Way Calling); V (V-VPN or Voice Activated Dialing); VM (Voice Mail); W (Weekend Minutes); Y (Voicemail Return Call); 1 (PTT One-to-One event); 9 (Unity/Expanded Calling)

*The codes shown in this legend are most commonly used with Wireless service from AT&T. Additional codes may be present when viewing your bill online.

Incoming Call     Outgoing Call